No. 74–5517.  RAMSEY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5519.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5523.  WHITE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5539.  HALL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–5543.  MAJORS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5548.  TURLEY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5553.  McDANIEL ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 74–5556.  BURGER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5562.  ARCEDIANO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5563.  EVANS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–5570.  WALLER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–5572.  MOSELY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 74–5575.  TORBICH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.